IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| HEATHER BELLAMY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08-06023-CV-SJ-GAF |
| | ) |
| BRADLEY D. LAW and | ) |
| WESTLUND DIESEL, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

Presently before the Court is Plaintiff Heather Michelle Cohen, f/k/a Heather Bellamy's ("Plaintiff") Motion to Reconsider Order dated March 25, 2009. (Doc. #70) Upon review of Plaintiff's Suggestions in Opposition to Defendant Westlund's Motion for Protective Order (Doc. #72), the Court finds good cause shown for issuance of said Order and nothing in Plaintiff's Suggestions in Opposition or the pending Motion and its accompanying Suggestions alters this finding. Therefore, Plaintiff's Motion to Reconsider is DENIED and the parties are directed to arrange for the depositions of Levi Neely, Matthew Neely, and Rick Ezzell at a time and place agreed upon by all parties.

**IT IS SO ORDERED.**

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: March 25, 2009