IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| HEATHER MICHELE COHEN, ) <br> f/k/a HEATHER BELLAMY ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRADLEY D. LAW ) <br> ) <br> ) <br>     Defendant. ) | Case No.: 08-CV-06023 GAF |

## ORDER APPROVING
## WRONGFUL DEATH SETTLEMENT

This matter is before the Court on the Unopposed Motion for Order Approving Wrongful Death Settlement and Distribution (Doc.#106), filed by Heather Cohen f/k/a Heather Bellamy the Class I representative for the Class I beneficiaries. The Motion is unopposed and duly supported by executed affidavits. Heather Cohen has entered into a settlement with Defendant Bradley Law in settlement with the Class I beneficiaries. By affidavit, each Class 1 Member consents to the settlement and asks the Court to approve the settlement. The settlement is hereby approved.

The Class 1 Members, by affidavit, also ask the Court to approve the distribution of funds, filed as Exhibit 1 to the Motion. The Court has reviewed the proposed distribution, and approves all distributions set forth in Exhibit 1.

Class I representative, Heather Cohen, acknowledges payment of Three Hundred Nine Thousand Two Hundred Forty Two Dollars and 20/100 ($309,242.20), reflecting the sum to be received by and on behalf of the Class.

WHEREFORE, the Court further finds that no bond is required of Heather Cohen, as the Class I representative.

WHEREFORE, the Court further finds that Heather Cohen, as the Class I representative, has retained the services of an attorney for the Class, and he has rendered valuable services to them in this matter.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the settlement agreement and release of the claims of the Class I plaintiffs and potential beneficiaries against Defendants Bradley Law is fair and reasonable and is hereby approved.

IT IS FURTHER ORDERED that Heather Cohen, as the Class I representative, is authorized and directed to pay to her attorney, James R. Jarrow, the sum of Eighty Thousand, Two Hundred Eighty Nine and 65/100 Dollars ($80,289.65) for services rendered as attorney for the Class, from the settlement proceeds, and $15,940.21 expenses.

IT IS FURTHER ORDERED that the remaining funds be distributed according to the Settlement Statement.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED:  September 9, 2009