IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| HEATHER MICHELE COHEN,<br>f/k/a HEATHER BELLAMY,<br><br>      Plaintiff,<br><br>vs.<br><br>BRADLEY D. LAW, et al.,<br><br>      Defendants. | Case No. 08-6023-CV-SJ-GAF |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Stipulation for Dismissal of Defendant Bradley D. Law With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. The costs of this action are to be taxed against Defendant Bradley D. Law.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: September 10, 2009